IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PATRICIA MCLEAD AND PATRICK MCLEAD, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF GARRETT MCLEAD, DECEASED; ET AL.<br>Plaintiffs<br><br>v.<br><br>L-3 COMMUNICATIONS VERTEX AEROSPACE, LLC<br>Defendant | §§§§§§§§§§§§ | CIVIL ACTION NO. C-08-264 |

**JOINT MOTION FOR ENTRY OF AN AGREED AMENDED PROTECTIVE ORDER**

COME NOW Plaintiffs and Defendant and request that the Court enter the attached Agreed Amended Protective Order (Atch. A).

The Court has previously entered an Agreed Protective Order under which the U.S. Army has been assembling voluminous flight and maintenance records but has not yet been able to produce such records to the parties. The Army's Litigation Division has found that the work involved in redacting all or part of each identified individuals' social security number is extremely time consuming and is delaying their production of the records.

The Litigation Division has requested that the Court amend the Agreed Protective Order to direct the records be produced without social security redaction, with a corresponding directive that the social security numbers not be disclosed to anyone not involved in this litigation.

The Agreed Amended Protective Order adds that language in paragraphs 9 and 10. The parties ask the Court to enter the Agreed Amended Protective Order so that the maintenance and flight records may be produced immediately.

Respectfully submitted,

WHITEHURST, HARKNESS, BREES,
CHENG & IMHOFF, P.C.
5113 Southwest Parkway, Ste. 150
Austin, Texas 78735
512/476-4346
512/476-4400 facsimile

THE CARLSON LAW FIRM, P.C.
400 W. Jasper Road
Killeen, Texas 76542
254/526-5688
254/526-8204 facsimile

THE SNAPKA LAW FIRM
606 N. Carancahua Street, Suite 1511
Corpus Christi, Texas 78476
361/888-7676
361/884-8545 facsimile


By: */s/ Thomas R. Harkness*
THOMAS R. HARKNESS (Attorney in charge)
State Bar No. 09010000
WILLIAM O. WHITEHURST (Of counsel)
State Bar No. 00000061
So. District Bar No. 20198
EUGENE W. BREES, II (Of counsel)
State Bar No. 02947500
So. District Bar No. 12638
CRAIG W. CARLSON (Of counsel)
State Bar No. 00792039
KATHRYN SNAPKA (Of counsel)
State Bar No. 18781200
So. District Bar No. 1617

ATTORNEYS FOR PLAINTIFFS

-and-

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, North Carolina 27102
336/721-3656
336/733-8418 facsimile
336/407-9892

HARTLINE, DACUS, BARGER, DREYER
& KERN, L.L.P.
800 North Shoreline Boulevard
Suite 2000, North Tower
Corpus Christi, Texas 78401
361/866-8000
361/866-8039 Facsimile


By: /s/ Jack Strauch
    DARRELL L. BARGER
    State Bar No. 01733800
    Southern District No. 646
    JACK M. STRAUCH PRO HAC VICE

    ATTORNEYS FOR DEFENDANT